■ In the Matter of DONAL T. ZWORSKI, Appellant, v ROSEMARY A. MILLUS et al., Respondents, and NEIL FURMAN et al., Respondents-Respondents.—Judgment, Supreme Court, New York County (Eugene Wolin, J.), entered on August 13, 1986, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Kassal and Ellerin, JJ.

■ In the Matter of ANGELO DEL TORO, Appellant, v ROBERT S. BLACK, as President, et al., Respondents, and THOMAS D. SANTIAGO et al., Respondents-Respondents. In the Matter of THOMAS D. SANTIAGO et al., Respondents, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, and ANGELO DEL TORO, Appellant.—Judgment, Supreme Court, New York County (Eugene Wolin, J.), entered on August 20, 1986, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Kassal, Ellerin and Wallach, JJ.